AO 91 (rev.11/11) Criminal Complaint          AUTHORIZED AND APPROVED DATE:_____

# United States District Court
## for the
_____WESTERN_____ DISTRICT OF _____OKLAHOMA_____

FILED
OCT 28 2025
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

United States of America   )
v.                         )
                           )   Case No: M-25- 626-ALM
ANTHONY MICHAEL LENNON,    )
                           )

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between in or about March 2012 and October 2025 in the county of Cleveland, in the Western District of Oklahoma and elsewhere, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2250(a) | Failure to Register as a Sex Offender |

This criminal complaint is based on these facts:

See attached Affidavit of Deputy United States Marshal, Darrell Clark, United States Marshal Service, which is incorporated and made a part hereof by reference.

☐ Continued on the attached sheet.

_____
Complainant's signature
Darrell Clark
Deputy United States Marshal
United States Marshal Service

Sworn to before me and signed in my presence.

Date: __10/28/25__

_____
Judge's signature

City and State: Oklahoma City, Oklahoma

AMANDA L. MAXFIELD, U.S. Magistrate Judge
Printed name and title

## THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

### AFFIDAVIT IN SUPPORT OF COMPLAINT

1. I, Darrell Clark, affiant herein being duly sworn, state that I am a Criminal Investigator with the United States Department of Justice, United States Marshals Service (USMS), assigned to the Western District of Oklahoma. I have been employed with the USMS since February 2007. Throughout my tenure with the USMS, I have participated in a variety of investigations. I have received training in federal laws and regulations at the Federal Law Enforcement Criminal Investigator Training Program as well as the USMS Basic Deputy Training Academy. I continually refer to State and Federal laws and regulations, during the course of my duties, and work with other State and Federal Agencies thus enhancing my knowledge and understanding of the State and Federal laws.

2. I currently serve as the District Sex Offender Coordinator for the Western District of Oklahoma. My primary duties in this position are to investigate violations of 18 U.S.C. 2250, failure to register as a sex offender, commonly referred to as the Adam Walsh Act. Prior to filing this position, I attended the U.S. Marshals Sex Offender Investigations Coordinator Training in July of 2011. I have investigated cases involving violations of 18 U.S.C. 2250 since completion of my training.

### FACTS SUPPORTING PROBABLE CAUSE:

3. I am investigating Anthony LENNON for violations of 18 U.S.C. 2250, failure to register as a sex offender. LENNON was convicted in December of 2010 for two counts of Aggravated Possession of Child Pornography, in violation of 21 O.S. § 1040.12,

and three counts of Possession of Child Pornography, in violation of 21 O.S. § 1024.2. LENNON is required to register as a sex offender based on this conviction. LENNON was sentenced to a total of 25 years of prison, suspended.

4. On March 12, 2012, The Moore Police Department contact the U.S. Marshal Service for assistance on locating Anthony LENNON. LENNON was a convicted sex offender who is required to register as a sex offender and was also wanted for new child pornography charges and was facing an additional 25-year prison term for violation of his suspended sentence.

5. I have reviewed U.S. Marshal reports documenting the investigation of LENNON. I discovered that on March 12, 2012, Detectives with Moore PD received a call from a hotel owner where LENNON was employed. The detectives who were called to the scene were informed that LENNON disappeared sometime in the nighttime hours of March 11 or 12, 2012.

6. Detectives noticed a pool of blood, LENNON'S shoe, shirt buttons, bloody shoe prints, and money missing from the hotel money drawer. After examining the crime scene, interviewing family members, friends, and individuals in the community, it was determined that the circumstances were suspicious.

7. I reviewed U.S. Marshal reports and found that at the time of U.S. Marshal request for assistance, it was a known fact that LENNON had a warrant for his arrest issued March 7, 2012, for eight counts of Possession of Child Pornography. Also, LENNON and his family were under the understanding that LENNON would go back to prison for violation of his probation.

8.   Information was discovered by the U.S. Marshal's office that LENNON emptied his bank accounts on March 11, 2012. At the time of this transaction, LENNON told the tellers that he was in trouble with the law and needed all his money.

9.   The U.S. Marshal Service has consulted with crime scene experts, and it was determined that the scene from the hotel appeared to have been staged.

10.   I was informed that LENNON appears to have fled the State of Oklahoma and the Western District of Oklahoma. In February of 2020, LENNON'S Amazon account was accessed in North Carolina. An item, a phone charger, was placed into the purchase cart.

11.   Under SORNA, Sex Offender Registration and Notification Act, and state registration requirements, LENNON is required to notify the State of Oklahoma of any intentions to leave the state prior to his departure from Oklahoma.

12.   In ongoing attempts to locate LENNON, the U.S. Marshal Service did a media release in 2022 in the Dallas Metro area around an A-Con event. Patrons of the event stated that they believed they had seen LENNON. These sightings place LENNON outside the State of Oklahoma.

13.   I reviewed LENNON'S criminal history and court documents and determined that LENNON is required to register as a sex offender based on his conviction for possession of and aggravated possession of child pornography. LENNON'S conviction took place in Cleveland County in December of 2010 with court case number CF-2008-1255. LENNON was convicted on five counts for violations of 21 O.S. 1040.12a.

14. I obtained and reviewed the registration forms that LENNON had signed acknowledging his duty to register. LENNON initially registered with the Moore Police Department on January 3, 2011. LENNON reported residing at 727 SW 3rd Street, Moore, Oklahoma 73160, in the Western District of Oklahoma.

15. In addition, I received a copy of the Oklahoma Department of Corrections Letter of Notice of Registration which informed LENNON of his duty to register. LENNON was instructed that he would be required to register as a sex offender until the year 2050.

16. LENNON'S was sentenced to a term of suspended sentence, which is similar to a term of probation. LENNON is required to register as a sex offender for a term following the completion of his suspended sentence.

17. Recently discovered information identified LENNON, using an alias, has made multiple attempts to obtain a United States passport. LENNON has already obtained a state ID, birth certificate, and enrolled in a university under his alias. His current location places him in the State of New York.

18. I conducted record searches in NCIC, Department of Oklahoma Sex Offender Registry, and The National Sex Offender Registry. No information was found showing LENNON is currently registered as a sex offender.

19. Based on the above information, LENNON is in violation of 18 U.S.C. 2250: 1) LENNON was convicted of a sex offense which requires him to register as a sex offender under SORNA. 2) LENNON traveled in interstate commerce from Oklahoma to North Carolina and New York. 3) LENNON knowingly failed to register as a sex offender. 4)

LENNON has not registered as a sex offender anywhere since 2011. 5) LENNON failed to notify the State of Oklahoma about his planned departure from the state.

_____
Darrell Clark
Deputy United States Marshal
United States Marshal Service

Subscribed and sworn to before me this 28th day of October 2025.

_____
AMANDA L. MAXFIELD
UNITED STATES MAGISTRATE JUDGE